1  Name: Tubbs

2  Address: 731 N Amelia Ave San Dimas, CA 91773

3

4  Phone: 909-683-3779

5

6

7

**FILED**
**CLERK, U.S. DISTRICT COURT**

DEC 7 2021

**CENTRAL DISTRICT OF CALIFORNIA**
BY                    **DEPUTY**

8  # UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA

10  Tubbs

11

12                              Plaintiff

13                    v.

14  Capistrano Unified School District

15

16                              Defendant(s).

CASE NUMBER:

SACV21- 2010-DOC (JDEX)

To be supplied by the Clerk of
The United States District Court

Capistrano Unified School District deny Free Appropriate Public Education August 29, 2021- November 27, 2021 onwards co taught governmen 55 minutes didnt recieve June 18, 2019 before graduating secondary school never got records discriminatory 18-22 age individuals with disabilities.

Section 504 rehabilitation act law accomodation to get Special Education to get co taught government denial no discriminate disability government programs because adult no get secondary school Special Education co taught government 55 minutes August 29, 2021- November 27, 2021 onwards.

Distress great depression stay indoors behavorial health need compensatory damages and puntive damages for suffering no FAPE co taught government 55 minutes August 29, 2021- November 27, 2021 onwards.

Dated:December 7, 2021
*Tubbs*

Tubbs