# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 8:21-cv-02010-DOC-JDEx | Date | March 28, 2023 |
|---|---|---|---|
| Title | Tubbs v. Capistrano Unified School District | | |

PRESENT:   **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

On February 28, 2023, the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (Dkt. 10). Plaintiff has failed to comply with the Court's Order.

Therefore, the Court **ORDERS** that this action is DISMISSED without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

                                                        -         :         -

Initials of Deputy Clerk    kdu